UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JAMES KOEHLER,<br><br>        Petitioner,<br><br>    v.<br><br>SHERIFF STANLEY SNIFF AND<br>ATTORNEY GENERAL JERRY BROWN,<br><br>        Respondents. | NO. EDCV 08-01240 DDP (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 8-19-09

                                            DEAN D. PREGERSON
                                            UNITED STATES DISTRICT JUDGE